| | | |
|---|---|---|
| **CG4, LLC, d/b/a CHEF GEOFF's** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **GEOFF TRACY,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:18-cv-00360-AJT** |
| | ) | |
| **THE VIRGINIA ALCOHOLIC BEVERAGE** | ) | |
| **CONTROL AUTHORITY, et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO DISMISS

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants the Virginia Alcoholic Beverage Control Authority, the Virginia Department of Alcoholic Beverage Control, Travis Hill, Jeffrey Painter, Maria J. K. Everett, Beth Hungate-Nolan, and Mark Rubin (in their official capacities) (referred to collectively as the Defendants) respectfully moves to dismiss the Plaintiff's Amended Complaint, Dkt. No. 9. Defendants so move on the grounds that the Plaintiffs lack standing, *see* Fed. R. Civ. P. 12(b)(1), and that the Plaintiffs' Complaint fails to state a claim upon which relief may be granted, *see* Fed. R. Civ. P. 12(b)(6).

The basis for this Motion and the grounds in support of the requested relief are detailed in the Defendants' Memorandum in Support of this Motion, filed with this Motion.

Respectfully Submitted,

THE VIRGINIA ALCOHOLIC BEVERAGE CONTROL
AUTHORITY, THE VIRGINIA DEPARTMENT OF
ALCOHOLIC BEVERAGE CONTROL, TRAVIS HILL,
JEFFREY PAINTER, MARIA J. K. EVERETT, BETH
HUNGATE-NOLAN, and MARK RUBIN

By: ___/s/_____Anna T. Birkenheier_____
    Anna T. Birkenheier (VSB No. 86035)*
    Assistant Attorney General
    *Counsel for Defendants*
    Office of the Virginia Attorney General
    202 North 9th Street
    Richmond, Virginia 23219
    Telephone: (804) 692-0558
    Facsimile: (804) 692-1647
    abirkenheier@oag.state.va.us

Mark R. Herring
Attorney General of Virginia

Stephen A. Cobb
Deputy Attorney General

Heather Hays Lockerman
Senior Assistant Attorney General

Anna T. Birkenheier (VSB No. 86035)*
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 692-0558
Facsimile: (804) 692-1647
abirkenheier@oag.state.va.us

*Counsel of Record*

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on May 15, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent a copy of the foregoing document via first class mail to the following:

Thomas A. Berry, Esq.
Anastasia P. Boden, Esq.
Pacific Legal Foundation
930 G Street
Sacramento, California, 95814
*Counsel for Plaintiffs*

/s/      Anna T. Birkenheier
Anna T. Birkenheier (VSB No. 86035)*
Assistant Attorney General
*Counsel for Defendants*
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 692-0558
Facsimile: (804) 692-1647
abirkenheier@oag.state.va.us
