IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GEOFF TRACY *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:18-cv-360 (AJT/IDD) |
| | ) |
| TRAVIS HILL, in his official capacity as the Chief Executive Officer of the Alcoholic Beverage Control Authority, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Defendants' Motion for Discovery [Dkt. No. 127] is **HELD IN ABEYANCE** until January 25, 2019, at 10 a.m., pending oral arguments on the parties' Motion for Summary Judgment. If the Honorable Anthony J. Trenga takes the Motions for Summary Judgment under advisement, then this Motion [Dkt. No. 127] shall be reset to January 25, 2019. If Judge Trenga rules from then bench on the parties' Motion for Summary Judgment, then the January 25, 2019 hearing shall be cancelled.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 11th day of January 2019.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia