# ** CIVIL MOTION MINUTES **

Date: **1/22/2019**                                         Judge:  **Trenga/IDD**
Time: **10:18 - 11:31**                                   Reporter:  **R. Montgomery**


Civil Action Number: **1:18-cv-360**


**CHEF GEOFF'S ET AL**

**V.**

**THE VIRGINIA ALCOHOL BEVERAGE CONTROL AUTHORITY ET AL**


Appearances of Counsel for Plaintiff and Defendant

Motion to/for:
Motion to Exclude Testimony and Report of Dr. Jon Nelson [141] by deft.


Argued and
(  ) Granted          (  ) Denied       (  ) Granted in part/Denied in part
(**X**) Taken Under Advisement          (  ) Continued to


(**X**) Order to Follow

Pltf.: Thomas Berry                                              Deft.: Tara Zurawski
    Joshua Thompson                                                  Ryan Hardy
    Anastasia Boden (Telephonically)                                 Madeline Gibson
                                                                     Megan Scanlon