**UNITED STATE DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**CG4, LLC, dba CHEF GEOFF'S-TYSONS CORNER,** *et al.*,

      Plaintiffs,

v.

**HILL,** *et al.*,

      Defendants.

**Case No. 1:18-cv-360-AJT-IDD**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between Plaintiffs CG4, LLC, d/b/a Chef Geoff's-Tysons Corner, and Geoff Tracy, and Defendants Travis Hill, Jeffrey Painter, Maria J.K. Everett, Beth Hungate-Noland, and Mark Rubin, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this lawsuit is voluntarily dismissed, with prejudice, upon the following understanding and terms:

1. Plaintiffs challenged the validity of certain provisions set forth in Va. Code § 4.1-111(B)(15) and 3 Va. Admin. Code § 5-50-160(B)(8).

2. The General Assembly has passed, and the Governor has signed, HB 2073 and SB 1726, which repeal and replace Va. Code § 4.1-111(B)(15), and render ineffective 3 Va. Admin. Code § 5-50-160(B)(8). Those laws went into effect on July 1, 2019.

3. The dismissal is with prejudice.

4. Under this stipulation, each party will pay its own costs and fees, including attorney's fees, for this action.

Dated: July 2, 2019.

- 2 -

Respectfully Submitted,

| | |
|---|---|
| /s/ Thomas A. Berry | */s/ Tara Lynn R. Zurawski* |
| Thomas A. Berry, Va. Bar No. 90555 | Tara Lynn R. Zurawski (VSB No. 73602) |
| TBerry@pacificlegal.org | Senior Assistant Attorney General/Trial |
| Pacific Legal Foundation | Section Chief |
| 3100 Clarendon Blvd., Suite 610 | Ryan S. Hardy (VSB No. 78558) |
| Arlington, VA 22201 | Madeline M. Gibson (VSB No. 87561) |
| 202.888.6881 (Telephone) | Assistant Attorneys General |
| 202.888.6855 (Facsimile) | Office of the Virginia Attorney General |
| | 202 North 9th Street |
| Anastasia P. Boden, Cal. Bar No. 281911* | Richmond, Virginia 23219 |
| ABoden@pacificlegal.org | Telephone: (804) 786-0969 |
| Joshua P. Thompson, Cal Bar No. 250955* | Facsimile: (804) 371-2087 |
| JThompson@pacificlegal.org | tzurawski@oag.state.va.us |
| Oliver J. Dunford, Cal. Bar No. 320143* | rhardy@oag.state.va.us |
| ODunford@pacificlegal.org | mgibson@oag.state.va.us |
| Pacific Legal Foundation | |
| 930 G Street | *Counsel for Defendants* |
| Sacramento, CA 95814 | |
| 916.419.7111 (Telephone) | |
| 916.419.7747 (Facsimile) | |

*Counsel for Plaintiffs*

*Pro Hac Vice*

IT IS SO ORDERED

Dated: _____         _____
                                                                 THE HON. ANTHONY J. TRENGA
                                                                 United States District Court Judge

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on July 2, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which also served all parties electronically.

       /s/ Thomas A. Berry
Thomas A. Berry, Va. Bar No. 90555
 TBerry@pacificlegal.org
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, VA 22201
202.888.6881 (Telephone)
202.888.6855 (Facsimile)

Anastasia P. Boden, Cal. Bar No. 281911*
 ABoden@pacificlegal.org
Joshua P. Thompson, Cal Bar No. 250955*
 JThompson@pacificlegal.org
Oliver J. Dunford, Cal. Bar No. 320143*
 ODunford@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, CA 95814
916.4197111 (Telephone)
916. 4197747 (Facsimile)

*Counsel for Plaintiffs CG4, LLC, dba*
*Chef Geoff's-Tysons Corner, and Geoff Tracy*

*\*Pro Hac Vice*